| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) McKeown, Mary M. | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 11/16/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address U. S. Court of Appeals 401 West A Street Suite 2000 San Diego CA 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | International Association of Women Judges |
| 2. | Board of Visitors | Georgetown University Law Center |
| 3. | Board of Directors | Association of Business Trial Lawyers - San Diego |
| 4. | Board of Directors | Federal Judges Association |
| 5. | Board of Directors | La Jolla Music Society |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spg/Sum 11 | Univ of San Diego Law School - Teaching | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | University of California San Diego - Salary |
| 2. 2011 | Self-employed Consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of American Law Schools | 1/6/11-1/7/11 | San Francisco, CA | Speech | Transportation, Meals |
| 2. | The American Law Institute | 1/14/11-1/15/11 | Malibu, CA | International Commercial Arbitration Advisers Meeting | Transportation, Lodging |
| 3. | The American Law Institute | 1/19/11-1/21/11 | Philadephia, PA | Council Meeting | Transportation, Lodging, Meals |
| 4. | Georgetown University Law Center | 3/24/11-3/27/11 | Honolulu, HI | Board of Visitors Meeting | Transportation, Lodging, Meals |
| 5. | American Bar Association | 4/13/11-4/16/11 | Mexico City, Mexico | Rule of Law Meeting | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

| | | | | |
|---|---|---|---|---|
| 6. | University of Texas Law School Foundation | 4/28/11 | Austin, TX | Speech | Transportation, Lodging, Meals |
| 7. | University of San Diego Law School | 7/18/11-8/4/11 | Paris, France | Teaching | Transportation, Lodging, Meals |
| 8. | The American Law Institute | 9/22/11-9/23/11 | Philadelphia, PA | International Commercial Arbitration Advisers Meeting | Transportation, Lodging, Meals |
| 9. | American Bar Association | 10/4/11-10/5/11; 10/7/11-10/11/11 | Washington, DC and Quito Ecuador | Rule of Law and Ethics Meeting and Presentations | Transportation, Lodging, Meals |
| 10. | Senate Presidents Forum | 10/12/11-10/14/11 | Buenos Aires, Argentina | Rule of Law Presentation | Transportation, Lodging, Meals |
| 11. | The American Law Institute | 10/19/11-10/21/11 | New York, NY | Council Meeting | Transportation, Lodging, Meals |
| 12. | Council of Chief Judges | 10/23/11-10/24/11 | Miami, FL | Ethics Speech | Transportation, Lodging, Meals |
| 13. | American Bar Association | 12/12/11-12/13/11 | Washington, DC | Rule of Law Meeting | Transportation, Lodging, Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SUNTRUST MORTGAGE, INC./ CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA #2 | A | Interest | M | T | | | | | |
| 2. BOEING | A | Dividend | J | T | | | | | |
| 3. LINCOLN MUTUAL INSURANCE | A | Interest | | | Redeemed | 10/18/11 | J | D | |
| 4. SCHWAB ACCT #4 | | | | | | | | | |
| 5. ---AIM VI TECH FUND | | None | J | T | | | | | |
| 6. ---ALGER LARGE CAP GROWTH | | None | J | T | | | | | |
| 7. ---AMER CENTURY VP INTL | | None | J | T | | | | | |
| 8. ---BARON GROWTH OPPORT FND | | None | J | T | | | | | |
| 9. ---SCHWAB S&P 500 INDEX FUND | | None | J | T | | | | | |
| 10. TULLY'S COFFEE | | None | J | T | | | | | |
| 11. TRUST #1 | | | | | | | | | |
| 12. ---FIDELITY BLUE CHIP | A | Dividend | L | T | | | | | |
| 13. ---FIDELITY DISCOVER FUND | A | Dividend | J | T | | | | | |
| 14. ---FIDELITY GROWTH & INC | A | Dividend | L | T | | | | | |
| 15. 403b #1- FIDELITY INVESTMENTS | | | | | | | | | |
| 16. ---UC SAVINGS FUNDS | A | Dividend | P4 | T | | | | | |
| 17. ---FIDELITY CONTRA | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---FIDELITY EURO CAP APPREC | B | Dividend | K | T | Sold (part) | 12/16/11 | K | A | |
| 19. | | | | | Sold (part) | 12/28/11 | K | A | |
| 20. ---FIDELITY SELECT TECH/PURITAN | A | Dividend | K | T | | | | | |
| 21. --FIDELITY SELECT INDUS EQUIP | | None | J | T | Buy | 04/29/11 | J | | |
| 22. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 23. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 24. | | | | | Buy (add'l) | 08/01/11 | J | | |
| 25. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 26. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 27. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 28. | | | | | Buy (add'l) | 12/01/11 | J | | |
| 29. --FIDELITY SELECT INDUSTRIALS | | None | K | T | Buy | 12/16/11 | K | | |
| 30. --FIDELITY SMALL CAP DISCOVERY | | None | K | T | Buy | 12/29/11 | K | | |
| 31. FIDELITY ANNUITY #2 | | | | | | | | | |
| 32. ---FIDELITY VIP CONTRA | | None | K | T | | | | | |
| 33. ---FIDELITY VIP EQUITY INCOME | | None | J | T | | | | | |
| 34. NORTHERN TRUST #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---NORTHERN TRUST CHK | A | Interest | L | T | | | | | |
| 36. NORTHERN TRUST #2 | | | | | | | | | |
| 37. ---NORTHERN TRUST MMF | A | Int./Div. | K | T | | | | | |
| 38. NORTHERN TRUST #3 | | | | | | | | | |
| 39. ---NORTHERN TRUST CHK | A | Interest | J | T | | | | | |
| 40. NORTHERN TRUST #4 | | | | | | | | | |
| 41. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 42. NORTHERN TRUST #5 | | | | | | | | | |
| 43. ---ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |
| 44. ---ALTERA CORP (ALTR) | A | Dividend | J | T | | | | | |
| 45. ---AMAZON (AMZN) | | None | J | T | | | | | |
| 46. ---AMER EX (AXP) | A | Dividend | J | T | Buy | 07/08/11 | J | | |
| 47. ---APPLE (AAPL) | | None | J | T | | | | | |
| 48. ---BANK OF AMERICA (BAC) | | None | | | Sold | 01/13/11 | J | A | |
| 49. ---BERKSHIRE HATH (BRK-B) | | None | | | Sold | 07/08/11 | J | A | |
| 50. ---BHP BILLITON (BHP) | A | Dividend | J | T | | | | | |
| 51. BRISTOL MEYERS SQUIBB CO COM | A | Dividend | J | T | Buy | 07/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---CISCO SYSTEMS (CSCO) | A | Dividend | J | T | | | | | |
| 53. ---CITRIX SYS (CTXS) | | None | J | T | Buy | 05/04/11 | J | | |
| 54. ---COLGATE (CL) | A | Dividend | | | Sold | 03/01/11 | J | | |
| 55. ---CONOCOPHIL (COP) | A | Dividend | J | T | | | | | |
| 56. ---COSTCO (COST) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 57. ---CUMMINS INC (CMI) | A | Dividend | J | T | Sold (part) | 01/13/11 | J | | |
| 58. ---DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 59. ---DOMINION (D) | A | Dividend | J | T | | | | | |
| 60. ---DUPONT (DD) | A | Dividend | J | T | | | | | |
| 61. EATON CORP COM | A | Dividend | J | T | Buy | 05/04/11 | J | | |
| 62. ---EMC CORP (EMC) | | None | J | T | | | | | |
| 63. ---EMERSON ELECT (EMR) | A | Dividend | J | T | | | | | |
| 64. ---FEDEX CORP (FDX) | A | Dividend | | | Sold | 05/04/11 | J | A | |
| 65. ---FRKLN RES (BEN) | A | Dividend | J | T | Buy (add'l) | 07/08/11 | J | | |
| 66. ---GOOGLE (GOOG) | | None | J | T | | | | | |
| 67. ---GRAINGER (GWW) | A | Dividend | J | T | | | | | |
| 68. ---HJ HEINZ (HNZ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 70. ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | | | | | |
| 71. ---JUNIPER NETWORKS (JNPR) | | None | J | T | | | | | |
| 72. ---LOWES COS (LOW) | A | Dividend | | | Sold | 07/08/11 | J | A | |
| 73. ---MCKESSON CORP (MCK) | A | Dividend | J | T | | | | | |
| 74. ---MEDCO HLTH SOLUT (MHS) | | None | | | Sold | 07/08/11 | J | B | |
| 75. ---MFB NORTH FDS BD INDEX (NOBOX) | A | Dividend | | | Buy (add'l) | 01/13/11 | K | | |
| 76. | | | | | Sold | 02/03/11 | L | A | |
| 77. ---MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Int./Div. | M | T | Buy (add'l) | 04/07/11 | J | | |
| 78. ---MFB NORTH FDS MUN MM FD (NOMXX) | | None | L | T | | | | | |
| 79. ---MFB NORTH MULTI-MGR MID CAP (NMMCX) | A | Dividend | K | T | Buy (add'l) | 01/13/11 | J | | |
| 80. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 81. ---MFB NORTH MULTI-MGR SMALL CAP (NMMSX) | D | Dividend | K | T | Buy (add'l) | 01/13/11 | J | | |
| 82. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 83. ---MFB NORTH FDS CA TAX EXPT (NCATX) | C | Int./Div. | M | T | Buy | 02/03/11 | M | | |
| 84. ---MFB NORTH EMERG MKTS EQ FND (NOEMX) | A | Dividend | K | T | Buy (add'l) | 01/13/11 | J | | |
| 85. | | | | | Sold (part) | 04/07/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/30/11 | J | A | |
| 87. ---MFB NORTH HI YIELD FXD INC (NHFIX) | D | Dividend | | | Buy | 02/03/11 | L | | |
| 88. ---MFB NORTH STK INDEX (NOSIX) | | None | J | T | Buy | 12/30/11 | J | | |
| 89. ---MFB NORTH MM GLOBAL RE (NMMGX) | E | Dividend | K | T | | | | | |
| 90. ---MFB NORTH INTL EQTY INDEX (NOINX) | C | Dividend | L | T | | | | | |
| 91. --MFB NORTH FUNDS LARGE CAP VALUE FD(NOLVX) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 92. | | | | | Sold (part) | 12/30/11 | J | A | |
| 93. ---MFC ISHARE TR BARCLAYS TIPS (TIP) | A | Dividend | K | T | Sold (part) | 01/13/11 | J | A | |
| 94. ---MFC SPDR GOLD TR (GLD) | | None | K | T | Buy (add'l) | 04/07/11 | J | | |
| 95. ---MFC SECTOR SPDR BEN INT-HLTH (XLV) | A | Dividend | J | T | | | | | |
| 96. ---MFC SLT SECTOR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |
| 97. ---MFC SLT SECTOR SPDR ENERGY (XLE) | A | Dividend | J | T | | | | | |
| 98. ---MFC SLT SECTOR SPDR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 99. ---MFC SLECT SECTOR SPDR TECH (XLK) | A | Dividend | J | T | | | | | |
| 100. ---MFC FLEXSHARES MORNINGSTAR GLOBAL NAT RES FD (GUNR) | | | J | T | Buy | 12/30/11 | J | | |
| 101. --MFC VANGUARD MSCI EMERGING MKTS (VWO) | | | J | T | Buy | 12/30/11 | K | | |
| 102. --MFC SELECT SECTOR SPDR TR CNSMR DIS COM (XLY) | C | Dividend | J | T | Sold (part) | 07/18/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ---MFO PIMCO FNDS PAC INVST (PCRIX) | B | Dividend | | | Sold | 12/30/11 | J | A | |
| 104. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 105. ---NIKE INC CL B (NKE) | A | Dividend | J | T | Sold (part) | 05/04/11 | J | A | |
| 106. ---NOBLE ENERGY INC ((NBL) | A | Dividend | J | T | | | | | |
| 107. ---NOVARTIS AG (NVS) | A | Dividend | J | T | | | | | |
| 108. ---OMNICOM GRP (OMC) | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 109. ---ORACLE (ORCL) | A | Dividend | J | T | | | | | |
| 110. --PAYCHEX INC COM (PAYX) | A | Dividend | J | T | Buy | 05/04/11 | J | | |
| 111. ---PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 112. ---PRINCIPAL FINL GRP (PFG) | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 113. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 114. --QUALCOMM (QCOM) | A | Dividend | J | T | Buy | 07/18/11 | J | | |
| 115. ---SALESFORCE COM (CRM) | | None | J | T | | | | | |
| 116. ---SCHLUMBERGER LTD (SLB) | A | Dividend | | | Buy (add'l) | 03/01/11 | J | | |
| 117. ---SLT SECTOR SPDR CONSMR DISCRET (XLY) | A | Dividend | J | T | | | | | |
| 118. ---SLT SECTOR SPDR RE INDL (XLI) | A | Dividend | J | T | | | | | |
| 119. ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 121. --STARWOOD HOTELS & RESORTS WORLDWIDE (HOT) | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 122. ---TRAVELERS COS | A | Dividend | J | T | | | | | |
| 123. ---UNITED TECH (UTX) | A | Dividend | J | T | | | | | |
| 124. --VF CORP COM (VFC) | A | Dividend | J | T | Buy | 05/04/11 | J | | |
| 125. | | | | | Buy (add'l) | 07/08/11 | J | | |
| 126. ---WHOLE FOODS MKT (WFMI) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 127. NORTHERN TRUST #6 | | | | | | | | | |
| 128. ---ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |
| 129. ---ALTERA CORP (ALTR) | A | Dividend | J | T | | | | | |
| 130. ---AMAZON (AMZN) | | None | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. ---AMER EX (AXP) | A | Dividend | J | T | Buy (add'l) | 07/08/11 | J | | |
| 133. ---APPLE INC (AAPL) | | None | K | T | | | | | |
| 134. ---BANK OF AMER (BAC) | | None | | | Sold | 01/13/11 | J | A | |
| 135. ---BERKSHIRE HATH B (BRK/B) | | None | | | Sold | 07/08/11 | J | A | |
| 136. ---BHP BILLITON (BHP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --BRISTOL MEYES SQUIBB CO COM (BM&) | A | Dividend | J | T | Buy | 07/08/11 | J | | |
| 138. ---CISCO SYS (CSCO) | A | Dividend | J | T | | | | | |
| 139. ---CITRIX SYS (CTXS) | | None | J | T | Buy | 05/04/11 | J | | |
| 140. ---COLGATE-PALM (CL) | A | Dividend | | | Sold | 03/01/11 | J | A | |
| 141. ---CONOCOPHILLIPS (COP) | A | Dividend | J | T | | | | | |
| 142. ---COSTCO WHOLESALE (COST) | A | Dividend | J | T | Buy (add'l) | 03/01/11 | J | | |
| 143. ---CUMMINS (CMI) | A | Dividend | J | T | Sold (part) | 01/13/11 | J | A | |
| 144. ---DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 145. ---DOMINION RES (D) | A | Dividend | J | T | | | | | |
| 146. ---DUPONT (DD) | A | Dividend | J | T | | | | | |
| 147. --EATON CORP COM (ETN) | | Dividend | J | T | Buy | 05/04/11 | J | | |
| 148. ---EMC CORP (EMC) | | None | J | T | | | | | |
| 149. ---EMERSON ELECT CO. (EMR) | A | Dividend | J | T | | | | | |
| 150. ---FEDEX CORP (FDX) | A | Dividend | | | Sold | 05/04/11 | J | A | |
| 151. ---FRNKLN RES (BEN) | A | Dividend | J | T | Buy (add'l) | 07/08/11 | J | | |
| 152. ---GOOGLE (GOOG) | | None | J | T | | | | | |
| 153. ---GRAINGER W W (GWW) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ---H J HEINZ | A | Dividend | J | T | | | | | |
| 155. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 156. ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | | | | | |
| 157. ---JUNIPER NETWORKS (JNPR) | | None | J | T | | | | | |
| 158. ---LOWES COS (LOW) | A | Dividend | | | Sold | 07/08/11 | J | A | |
| 159. ---MCKESSON CORP (MCK) | A | Dividend | | | | | | | |
| 160. ---MEDCO HLTH SOLUTIONS (MHS) | | None | | | Sold | 07/08/11 | J | C | |
| 161. ---MFB NORTH EMERG MKTS (NOEMX) | B | Dividend | M | T | Buy (add'l) | 01/13/11 | J | | |
| 162. | | | | | Sold (part) | 04/07/11 | K | D | |
| 163. ---MFB NORTH FDS FX INC (NOFIX) | D | Dividend | M | T | Buy (add'l) | 04/07/11 | J | | |
| 164. ---MFB NORTH FDS GLOBAL RE INDEX (NGREX) | A | Dividend | K | T | | | | | |
| 165. ---MFB NORTH HI YLD FXD INC (NHFIX) | D | Dividend | M | T | | | | | |
| 166. ---MFB NORTH ITL EQTY INDEX (NOINX) | B | Dividend | L | T | | | | | |
| 167. ---MFB NORTH MM ITL EQUITY (NMIEX) | C | Dividend | M | T | | | | | |
| 168. ---MFB NORTH MM MID CAP (NMMCX) | B | Dividend | K | T | Buy (add'l) | 01/13/11 | K | | |
| 169. | | | | | Sold (part) | 04/07/11 | J | A | |
| 170. ---MFB NORTH MM SMALL CAP (NMMSX) | C | Dividend | K | T | Buy (add'l) | 01/13/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 04/07/11 | J | A | |
| 172. ---MFB NORTH MONEY MKT FND (NORXX) | B | Dividend | L | T | | | | | |
| 173. ---MFB NORTHERN FUNDS LARGE CAP VALUE (NOLVX) | A | Dividend | J | T | Buy | 04/07/11 | K | | |
| 174. ---MFC ISHARES BARCLAYS TIPS (TIP) | A | Dividend | K | T | Buy (add'l) | 04/07/11 | J | | |
| 175. ---MFC SCTR SPDR BEN INT-HLTH CARE (XLV) | A | Dividend | K | T | | | | | |
| 176. ---MFC SLCT SCTR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |
| 177. ---MFC SELECT SECT SPDR ENERGY (XLE) | A | Dividend | K | T | | | | | |
| 178. ---MFC SELECT SECT SPDR FINL (XLF) | A | Dividend | K | T | | | | | |
| 179. ---MFC SELECT SECT SPDR SHS BEN INT-MAT (XLB) | | None | | | | | | | |
| 180. ---MFC SPDR GOLD TR (GLD) | | None | L | T | Buy (add'l) | 04/07/11 | J | | |
| 181. ---MFC SELECT SECTOR SPDR TECH (XLK) | A | Dividend | J | T | | | | | |
| 182. ---MFC SELECT SECTOR CNSMR DISC COM (XLY) | A | Dividend | J | T | | | | | |
| 183. ---MFO CREDIT SUISSE COMMODITY RTN (CRSOX) | B | Dividend | | | | | | | |
| 184. ---MFO PIMCO FDS PAC (PCRIX) | D | Dividend | K | T | Sold (part) | 04/07/11 | J | C | |
| 185. ---MCROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 186. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 187. ---NIKE INC CL B (NKE) | A | Dividend | J | T | Sold (part) | 05/04/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ---NOBLE ENERGY (NBL) | A | Dividend | J | T | | | | | |
| 189. ---NOVARTIS AG (NVS) | A | Dividend | J | T | | | | | |
| 190. ---OMNICOM GRP (OMC) | A | Dividend | J | T | Buy (add'l) | 01/13/11 | J | | |
| 191. ---ORACLE CORP | A | Dividend | J | T | | | | | |
| 192. ---PAYCHEX INC COM (PAYX) | A | Distribution | J | T | Buy | 05/04/11 | J | | |
| 193. ---PEPSI CO INC (PEP) | A | Dividend | J | T | | | | | |
| 194. ---PRINCIPAL FIN GRP (PFG) | A | Dividend | J | T | Buy (add'l) | 01/13/11 | J | | |
| 195. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 196. ---QUALCOMM INC COM (QCOM) | A | Dividend | J | T | Buy | 07/18/11 | J | | |
| 197. ---SALESFORCE COM (CRM) | | None | J | T | | | | | |
| 198. ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 199. ---SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | | | | | |
| 200. ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 201. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 202. ---STARWOOD HOTELS & RESORTS WORLDWIDE INC COM (HOT) | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 203. ---TRAVELERS COS | A | Dividend | J | T | | | | | |
| 204. ---UNITED TECH CORP (UTX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  ---VF CORP (VFC) | A | Dividend | J | T | Buy | 05/04/11 | J | | |
| 206. | | | | | Sold (part) | 07/08/11 | J | A | |
| 207.  ---WHOLE FOODS MKT (WFMI) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 208.  NORTHERN TRUST #7 | | | | | | | | | |
| 209.  ---TEMPLETON FOREIGN CL A (TEMFX) | A | Dividend | L | T | Buy (add'l) | 12/21/11 | J | | |
| 210. | | | | | Sold (part) | 01/26/11 | J | A | |
| 211.  NORTHERN TRUST #8 | | | | | | | | | |
| 212.  ---AMERICAN BALANCED CL A (ABALX) | A | Dividend | K | T | Buy (add'l) | 03/07/11 | J | | |
| 213. | | | | | Buy (add'l) | 06/08/11 | J | | |
| 214. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 215. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 216. | | | | | Sold (part) | 01/31/11 | J | A | |
| 217.  NORTHERN TRUST #9 | A | Dividend | J | T | | | | | |
| 218.  NORTHERN TRUST #10 | A | Dividend | L | T | | | | | |
| 219.  CONDO(50%) SAN FRANCISCO CA | D | Rent | O | W | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 11/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOCXX is a cash fund. The money in NOCXX (listed in 2010 in Part VII, page 9, line 72) was spent or moved to another money market fund; this asset did not exist at year end 2011 and so was not reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. McKeown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544